482

UNITED STATES of America,
Plaintiff,

v.

Larry PARKER, Defendant.

Crim. No. 331-67.

United States District Court
District of Columbia.

March 25, 1969.

John J. Dwyer, Washington, D. C.,
applicant.

BAZELON, Chief Judge of United
States Court of Appeals for the District
of Columbia Circuit:

This is an application for excess
compensation requiring my approval
under the Criminal Justice Act, 18
U.S.C. § 3006A(d). Counsel has already
been awarded $500 for his services in
the first trial, which resulted in a hung
jury. The District Court has authorized
payment of an additional $500 based on
counsel's claim of 37 hours spent in open
Court during the second trial. Since the
application before me contains no state-
ment of the nature and purpose of the
services rendered in the first trial, I am
constrained to return it without my ap-
proval.

Where counsel represents the
same defendant at two trials, a total
award in excess of $500 must be pred-
icated on a showing of "protracted
representation." United States v.
Thomas, 261 F.Supp. 431 (D.D.C.1966).
In order to discharge my responsibilities
under the Act, I must have before me the
details of counsel's representation at both
trials, regardless of whether he has al-
ready received compensation for the first
trial.

Accordingly, I am returning the ap-
plication without my approval, but with-
out prejudice to the filing of an amended
application that includes a statement, in
the detail specified in United States v.
Naples, 266 F.Supp. 608, 609 & n. 1 (D.
D.C.1967), concerning the services ren-
dered at the first trial as well as the
second.